IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MADLENE NENA ZAMORA, | No. C15-05001 CRB |
| Plaintiff, | **ORDER DISMISSING CASE WITH PREJUDICE** |
| v. | |
| MARK RISHELL, | |
| Defendant. | |

On November 9, 2015, this Court dismissed Plaintiff Madlene Nena Zamora's complaint without prejudice, and gave her thirty (30) days to file an amended complaint if she wished to do so. See generally Order (dkt. 5). The Court specifically warned Plaintiff that failure to timely amend "could result in the dismissal of Plaintiff's case with prejudice." Id. at 3–4. Plaintiff has failed to timely amend her complaint. Accordingly, the Court hereby DISMISSES this case, with prejudice.

**IT IS SO ORDERED.**

Dated: December 16, 2015

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE